UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK F. DURBIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>STATE OF WASHINGTON, et al.,<br><br>    Defendants. | No. 2:22-cv-0200-JHC<br><br>ORDER GRANTING MOTION TO DISMISS |

The Court, having reviewed Defendant Jesse Dubow's Motion to Dismiss, Dkt. # 26, materials filed in support of and in opposition to the motion, and the balance of the files:

NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is Granted.  The Court will not grant Plaintiff leave to amend his claims against Defendant Dubow because such amendment would be futile—there appears to be no legal basis for him to assert a cause of action against this defendant under 42 U.S.C. § 1983.  Thus, the Court DISMISSES Plaintiff's claims against Defendant Dubow with prejudice.

DATED this 17th day of June, 2022.

*John H. Chun*

John H. Chun
United States District Court Judge

ORDER GRANTING MOTION TO DISMISS – 1