# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK F. DURBIN,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF WASHINGTON and KING COUNTY, as Respondents Superior for, which, together, and employing KING COUNTY PROSECUTOR DAN SATTERBERG, KING COUNTY SHERIFF'S DEPT., KING COUNTY SUPERIOR COURT, KING COUNTY JAIL, JESSE DUBOW OF KING COUNTY NORTHWEST DEFENDERS DIVISION, WASHINGTON STATE DEPT. OF SOCIAL AND HEALTH SERVICES, WESTERN STATE HOSPITAL, KEENA JAVIER, KELLAN PITTS, AMANDA ZERGER and ZACHERY BOYD et al., related to KING COUNTY SUPERIOR COURT CASE #19-1-01222-1 SEA,<br><br>Defendants. | NO.  2:22-CV-00200-JHC<br><br>ORDER GRANTING MOTION TO DISMISS OF DEFENDANT WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES PURSUANT TO FED. R. CIV. P. 12(B)(2)&(5) |

THIS MATTER having come before the Court upon the Fed. R. Civ. P. 12(b)(2)&(5) Motion to Dismiss of Defendant State of Washington Department of Social and Health Services (DSHS) for entry of an order dismissing it from the case because Plaintiff did not effect proper service, and the Court having considered the Motion, and other relevant orders previously on file, now therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED that Defendant DSHS's Motion to Dismiss is granted, and DSHS is hereby dismissed from the action without prejudice.

DATED this 9th day of August, 2022.

_____
JUDGE JOHN H. CHUN