**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| MARK F. DURBIN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | NO. 2:22-cv-00200-JHC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO VACATE JUDGMENTS UNDER RULE 60(d)(4) |

THIS MATTER comes before the Court on Plaintiff's Motion to Vacate Judgments Under Rule 60(d)(4). Dkt. 57. For the reasons presented by Defendants at Dkt. # 60, the Court DENIES the motion WITH PREJUDICE.

DATED this 30th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE